**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : : Plaintiff, : v. : PAUL A. BILZERIAN, et al., : Defendants. : : | Case No. 89-1854 (RCL) |
| DEBORAH R. MESHULAM AS RECEIVER : FOR THE SEC v. PAUL A. BILZERIAN, et al. : CIVIL ACTION NO. 89-1854 (SSH) : RECEIVERSHIP ESTATE : : Receiver-Plaintiff, : v. : ERNEST B. HAIRE, III : Defendant : | Case No. 02-1221 (RCL) |
| ERNEST B. HAIRE, III Plaintiff/Judgment Creditor c/o David S. Jennis, Esq. 400 North Ashley Drive - Suite 2540 Tampa, FL 33602 : v. : OVERSEAS HOLDING LIMITED PARTNERSHIP, a Nevada Limited Partnership Defendant/Judgment Debtor c/o Budget Corp., Registered Agent 2050 Russett Way Carson City, NV 89703 and c/o H. Stratton Smith, III, Esq. 611 W. Azelle St. Tampa, FL 33606-2205 | Case No. 06-396 |

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2006 I mailed by postage prepaid first class mail a copy of the Notice to Judgment Debtor of Filing of Foreign Judgment issued by the Clerk of Court on August 21, 2006 and a copy of the Writ Of Attachment On Judgment Other Than Wages, Salary And Commissions issued by the Clerk of Court on August 21, 2006 to the following:

Deborah R. Meshulam as Receiver for
the SEC v. Paul A. Bilzerian et al. Civil
Action No. 89-1854 (SSH) Receivership
Estate
1200 Nineteenth Street, NW - Suite 800
Washington, D.C. 20036

Cristen E. Sikes, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, DC 20036

Overseas Holding Limited Partnership,
a Nevada Limited Partnership
c/o Budget Corp., Registered Agent
2050 Russett Way
Carson City, NV 89703

Overseas Holding Limited Partnership,
a Nevada Limited Partnership
c/o H. Stratton Smith, III, Esq.
611 W. Azelle St.
Tampa, FL 33606-2205

Kathleen A. Ford, Esq.
Securities and Exchange Commission
44 Montgomery Street - Suite 1100
San Francisco, CA 94104

Harley E. Riedel, II, Esq.
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4700

Melinda G. Jayson, Esq.
Hall Financial Group
6801 Gaylord Parkway, Suite 100
Frisco, TX 75034

Paul A. Bilzerian
16229 Villarreal De Avila
Tampa, FL 33613

Paul A. Bilzerian
P.O. Box 17432
Tampa, FL 33682

H. Stratton Smith, III
611 West Azeele Street
Tampa, FL 33606

Overseas Holding Company
16229 Villarreal De Avila
Tampa, FL 33613

Peter R. Ginsberg, Esq.
Peter R. Ginsberg, P.C.
488 Madison Avenue
New York, NY 10022

William Guerrant, Esq.
Hill, Ward & Henderson
3700 Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Fl 33602

G. Michael Nelson, Esq.
Nelson, Bisconti & Thompson
718 W.M.L.K. Boulevard
Tampa, FL 33603

Terri L. Steffen
16229 Villarreal De Avila
Tampa, FL 33613

Overseas Holdings Limited Partnership
c/o Terri Steffen, President
16229 Villarreal De Avila
Tampa, FL 33613

David S. Jennis
400 N. Ashley Drive
Suite 2540
Tampa, FL 33620

C. Timothy Corcoran
400 N. Ashley Drive
Suite 2540
Tampa, FL 33620

Puma Foundation
c/o Terri Steffen, President
16229 Villarreal De Avila
Tampa, FL 33613

David Maney
Maney, Damsker, Jones & Kuhlman, P.A.
606 East Madison Street
P.O. Box 172009
Tampa, FL 33672-2009

Bicoastal Holding Company
c/o Budget Corp., as registered agent
2050 Russett Way
Carson City, NV 89703

Bicoastal Holding Company
c/o Terri Steffen, President
16229 Villarreal De Avila
Tampa, FL 33613

                                                                                 /s/ Kevin R. McCarthy_____
                                                                                 Kevin R. McCarthy