# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| v. : | Case No. 89-1854 (RCL) |
| PAUL A. BILZERIAN, et al., : | |
| Defendants. : | |
| : | |

| | |
|---|---|
| DEBORAH R. MESHULAM AS RECEIVER : | |
| FOR THE SEC v. PAUL A. BILZERIAN, et al. : | |
| CIVIL ACTION NO. 89-1854 (SSH) : | |
| RECEIVERSHIP ESTATE : | |
| : | Case No. 02-1221 (RCL) |
| Receiver-Plaintiff, : | |
| v. : | |
| ERNEST B. HAIRE, III : | |
| : | |
| Defendant : | |
| : | |

| | |
|---|---|
| ERNEST B. HAIRE, III : | |
| Plaintiff/Judgment Creditor : | |
| c/o David S. Jennis, Esq. : | |
| 400 North Ashley Drive - Suite 2540 : | |
| Tampa, FL 33602 : | |
| : | |
| v. : | Case No. 06-396 |
| : | |
| OVERSEAS HOLDING LIMITED : | |
| PARTNERSHIP, a Nevada Limited Partnership : | |
| Defendant/Judgment Debtor : | |
| c/o Budget Corp., Registered Agent : | |
| 2050 Russett Way : | |
| Carson City, NV 89703 : | |
| : | |
| and : | |
| : | |
| c/o H. Stratton Smith, III, Esq. : | |
| 611 W. Azelle St. : | |
| Tampa, FL 33606-2205 : | |
| : | |

APPLICATION FOR JUDGMENT OF CONDEMNATION AND RECOVERY

Pursuant to Fed. R. Civ. P. 69 and D.C. Sup. Ct. R. Civ. P. 69-I, the Plaintiff hereby applies for a judgment of condemnation and recovery against Deborah R. Meshulam as Receiver for the SEC v. Paul A. Bilzerian et al. Civil Action No. 89-1854 (SSH) Receivership Estate, 1200 Nineteenth Street, NW, Suite 800, Washington, D.C. 20036, Garnishee, in the amount of $300,000 plus $124,372.43 in accrued interest as of June 30, 2006 plus interest accruing at a rate of $98.63 from July 1, 2006 until entry of a Judgment of Condemnation and Recovery with respect to the OHLP Share satisfying the OHLP Share (as the term "OHLP Share" is defined in the Order Approving Settlement Agreement Between the Receivership Estate and Ernest B. Haire, III in Civil Action No. 89-1854 (RCL) at Docket No. 872 and in Civil Action No. 02-1221 (RCL) at Docket No. 40 ("the Settlement Order")), which is the amount held by the Garnishee that is owing to the Defendant/Judgment Debtor Overseas Holding Limited Partnership, as shown by the Garnishee's answers to interrogatories attached as Exhibit A and by the Settlement Order.

A proposed Judgment is attached.

Respectfully submitted,

/s/ Kevin R. McCarthy_____
Kevin R. McCarthy, No. 218149
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102
(703) 770-9261
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of September, 2006 I mailed a copy of the foregoing to the following:

Deborah R. Meshulam as Receiver for
the SEC v. Paul A. Bilzerian et al. Civil
Action No. 89-1854 (SSH) Receivership
Estate
1200 Nineteenth Street, NW - Suite 800
Washington, D.C. 20036

Cristen E. Sikes, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, DC 20036

Overseas Holding Limited Partnership,
a Nevada Limited Partnership
c/o Budget Corp., Registered Agent
2050 Russett Way
Carson City, NV 89703

Overseas Holding Limited Partnership,
a Nevada Limited Partnership
c/o H. Stratton Smith, III, Esq.
611 W. Azelle St.
Tampa, FL 33606-2205

Kathleen A. Ford, Esq.
Securities and Exchange Commission
44 Montgomery Street - Suite 1100
San Francisco, CA 94104

Harley E. Riedel, II, Esq.
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4700

Melinda G. Jayson, Esq.
Hall Financial Group
6801 Gaylord Parkway, Suite 100
Frisco, TX 75034

Paul A. Bilzerian
16229 Villarreal De Avila
Tampa, FL 33613

Paul A. Bilzerian
P.O. Box 17432
Tampa, FL 33682

H. Stratton Smith, III
611 West Azeele Street
Tampa, FL 33606

Overseas Holding Company
16229 Villarreal De Avila
Tampa, FL 33613

Peter R. Ginsberg, Esq.
Peter R. Ginsberg, P.C.
488 Madison Avenue
New York, NY 10022

William Guerrant, Esq.
Hill, Ward & Henderson
3700 Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Fl 33602

G. Michael Nelson, Esq.
Nelson, Bisconti & Thompson
718 W.M.L.K. Boulevard
Tampa, FL 33603

Terri L. Steffen
16229 Villarreal De Avila
Tampa, FL 33613

Overseas Holdings Limited Partnership
c/o Terri Steffen, President
16229 Villarreal De Avila
Tampa, FL 33613

David S. Jennis
400 N. Ashley Drive
Suite 2540
Tampa, FL 33620

C. Timothy Corcoran
400 N. Ashley Drive
Suite 2540
Tampa, FL 33620

Puma Foundation
c/o Terri Steffen, President
16229 Villarreal De Avila
Tampa, FL 33613

David Maney
Maney, Damsker, Jones & Kuhlman, P.A.
606 East Madison Street
P.O. Box 172009
Tampa, FL 33672-2009

Bicoastal Holding Company
c/o Budget Corp., as registered agent
2050 Russett Way
Carson City, NV 89703

Bicoastal Holding Company
c/o Terri Steffen, President
16229 Villarreal De Avila
Tampa, FL 33613

        /s/ Kevin R. McCarthy_____
        Kevin R. McCarthy