CLERK'S OFFICE  
UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

CO-932  
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING  
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. **06-00396**  
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

1. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

    [X] (a)  relates to common property  
    [X] (b)  involves common issues of fact  
    [X] (c)  grows out of the same event or transaction  
    [ ] (d)  involves the validity or infringement of the same patent  
    [ ] (e)  is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

    Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

4. CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

    **Securities and Exchange Commission            Paul A. Bilzerian et al.**        C.A. No. **89-1854**

    **10/30/2006**            /s/ Kevin R. McCarthy            (Continued on other side)  
    DATE            Signature of Plaintiff/~~Defendant~~ (or counsel)

4. CAPTION AND CASE NUMBER OF RELATED CASES (Continued from front page)

Deborah R. Meshulam v. Ernest B. Haire, III.                C.A. No. 02-1221

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2006 I mailed a copy of the foregoing to the following:

Deborah R. Meshulam as Receiver for
the SEC v. Paul A. Bilzerian et al. Civil
Action No. 89-1854 (SSH) Receivership
Estate
1200 Nineteenth Street, NW - Suite 800
Washington, D.C. 20036

Cristen E. Sikes, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, DC 20036

Overseas Holding Limited Partnership,
a Nevada Limited Partnership
c/o Budget Corp., Registered Agent
2050 Russett Way
Carson City, NV 89703

Overseas Holding Limited Partnership,
a Nevada Limited Partnership
c/o H. Stratton Smith, III, Esq.
611 W. Azelle St.
Tampa, FL 33606-2205

Kathleen A. Ford, Esq.
Securities and Exchange Commission
44 Montgomery Street - Suite 1100
San Francisco, CA 94104

Harley E. Riedel, II, Esq.
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4700

Melinda G. Jayson, Esq.
Hall Financial Group
6801 Gaylord Parkway, Suite 100
Frisco, TX 75034

Paul A. Bilzerian
16229 Villarreal De Avila
Tampa, FL 33613

Paul A. Bilzerian
P.O. Box 17432
Tampa, FL 33682

H. Stratton Smith, III
611 West Azeele Street
Tampa, FL 33606

Overseas Holding Company
16229 Villarreal De Avila
Tampa, FL 33613

Peter R. Ginsberg, Esq.
Peter R. Ginsberg, P.C.
488 Madison Avenue
New York, NY 10022

William Guerrant, Esq.
Hill, Ward & Henderson
3700 Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Fl 33602

G. Michael Nelson, Esq.
Nelson, Bisconti & Thompson
718 W.M.L.K. Boulevard
Tampa, FL 33603

Terri L. Steffen
16229 Villarreal De Avila
Tampa, FL 33613

Overseas Holdings Limited Partnership
c/o Terri Steffen, President
16229 Villarreal De Avila
Tampa, FL 33613

David S. Jennis
400 N. Ashley Drive
Suite 2540
Tampa, FL 33620

C. Timothy Corcoran
400 N. Ashley Drive
Suite 2540
Tampa, FL 33620

Puma Foundation
c/o Terri Steffen, President
16229 Villarreal De Avila
Tampa, FL 33613

David Maney
Maney, Damsker, Jones & Kuhlman, P.A.
606 East Madison Street
P.O. Box 172009
Tampa FL  33672-2009

Bicoastal Holding Company
c/o Budget Corp., as registered agent
2050 Russett Way
Carson City, NV 89703

Bicoastal Holding Company
c/o Terri Steffen, President
16229 Villarreal De Avila
Tampa, FL 33613

/s/ Kevin R. McCarthy
Kevin R. McCarthy