UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Case No. 89-1854 (RCL)<br>) |
| PAUL A. BILZERIAN, *et al.*, | )<br>) |
| Defendants. | )<br>) |
| DEBORAH R. MESHULAM AS RECEIVER FOR THE *SEC v. Paul Bilzerian, et al.* CIVIL ACTION NO. 89-1854 (SSH) RECEIVERSHIP ESTATE, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Receiver-Plaintiff, | )<br>) |
| v. | )    Case No. 02-1221 (RCL)<br>) |
| ERNEST B. HAIRE, III | )<br>) |
| Defendant. | )<br>) |
| ERNEST B. HAIRE, III | )<br>) |
| Plaintiff/Judgment Creditor, | )<br>) |
| v. | )    Case No. 06-396 (RCL)<br>) |
| OVERSEAS HOLDING LIMITED PARTNERSHIP, | )<br>)<br>) |
| Defendant/Judgment Debtor. | )<br>) |

## JUDGMENT OF CONDEMNATION AND RECOVERY

Upon consideration of plaintiff's Application [4] for Judgment of Condemnation and Recovery, and in accordance with the Court's Order Approving Settlement Agreement Between the Receivership Estate and Ernest B. Haire, III in Civil Action No. 89-1854 (RCL) at Docket No. 872 and in Civil Action No. 02-1221 (RCL) at Docket No. 40 (the "Settlement Order"), it is

ORDERED that, subject to and in accordance with the provisions of the Settlement Order, the Application be and hereby is GRANTED; and it is further

ORDERED that judgment of condemnation and recovery is ENTERED in favor of the Plaintiff against Deborah R. Meshulam as Receiver for the SEC v. Paul A. Bilzerian et al. Civil Action No. 89-1854 (SSH) Receivership Estate, Garnishee, in the amount of $300,000 plus $124,372.43 in accrued interest as of June 30, 2006 plus interest accruing at a rate of $98.63 from July 1, 2006 until entry of this Judgment of Condemnation and Recovery with respect to the OHLP Share satisfying the OHLP Share (as the term "OHLP Share" is defined in the Settlement Order), which is the amount held by the Garnishee that is owing to the Defendant/Judgment Debtor Overseas Holding Limited Partnership, as shown by the Garnishee's answers to interrogatories attached as Exhibit A to the Plaintiff's Application and by the Settlement Order; and it is further

ORDERED that, subject to and in accordance with the provisions of the Settlement Order, the Plaintiff shall recover from Deborah R. Meshulam as Receiver for the SEC v. Paul A. Bilzerian et al. Civil Action No. 89-1854 (SSH) Receivership Estate, Garnishee, and the Garnishee shall turn over to the Plaintiff $300,000 plus $124,372.43 in accrued interest as of June 30, 2006 plus interest accruing at a rate of $98.63 from July 1, 2006 until entry of this Judgment of Condemnation and Recovery with respect to the OHLP Share satisfying the OHLP

Share, which is the amount held by the Garnishee that is owing to the Defendant/Judgment Debtor Overseas Holding Limited Partnership, as shown by the Garnishee's answers to interrogatories attached as Exhibit A to the Plaintiff's Application and by the Settlement Order.

    SO ORDERED.

    Signed by United States District Judge Royce C. Lamberth, November 8, 2006.